United States District Court
Southern District of Texas

**ENTERED**

May 21, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TANISHA MOORE | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-3048 |
| | § | |
| CITY OF HOUSTON, *et al* | § | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge

Richard W. Bennett to conduct all further proceedings, including the issuance of a Memorandum and

Recommendation on any dispositive motions of the parties.  It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Richard W.

Bennett for all pretrial matters to include the issuance of a Memorandum and Recommendation on

any dispositive motions.

SIGNED this _____ 1 5 _____ day of May 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE