Case 4:23-cv-03048　　Document 52　　Filed on 09/15/25 in TXSD　　Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TANISHA MOORE | § § | |
| VS | § § | CIVIL ACTION NO. H-23-3048 |
| CITY OF HOUSTON, *et al* | § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the City of Houston's Motion to Dismiss (Doc. No. 46); Defendant Officer Jaime Vargas, Cameron Overstreet, Marco Lopez, Daryl Hudeck, Sean McCreary, Erik Holland, Brandon Hollis, Tony Villa, Charles Dexter, and Jesse Seay's (collectively Defendant Officers) Motion to Dismiss (Doc. No. 45); Plaintiff's response in opposition (Doc. No. 47), reply (Doc. No 48); and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 49). Defendants filed Objections (Doc. No. 50) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 42) to the Memorandum and Recommendation are **OVERRULED** to the extent they address the actual recommended rulings concerning the merits of the motion concerning the Original Complaint, and the Memorandum and Recommendation (Doc. No. 41) is **ADOPTED**. It is further

**ORDERED** as follows:

1

Defendant's Objections (Doc. No. 50) to the Memorandum and Order are **OVERRULED**.

The City's Motion to Dismiss (Doc. No. 46) is **GRANTED** as to certain claims as follows:

- The City's Motion to Dismiss is **GRANTED** as to Plaintiffs' municipal liability claims for policy liability, failure to train, implement, and supervise, and retaliation claim under § 1983.

- The City's Motion to Dismiss is **GRANTED** as to Plaintiffs' wrongful death claim pursuant to § 1983

- Plaintiffs' survival action claim and wrongful death claim pursuant to Texas Civil Practice and Remedies Code §§ 71.004(1), 71.002-71.021 **REMAIN**.

The Defendant Officer's Motion to Dismiss (Doc. No. 45) is **GRANTED IN PART AND DENIED IN PART** as follows:

- Defendant Officers' Motion to Dismiss is **GRANTED** as to Plaintiffs' Fourth Amendment violation claim against Vargas and Seay and **DENIED** as to Overstreet.

- Defendant Officers' Motion to Dismiss is **GRANTED** as to Plaintiffs' Fourteenth Amendment violation claim.

- Defendant Officers' Motion to Dismiss is **DENIED** as to Plaintiffs' wrongful death claim under § 1983 against Overstreet and **GRANTED** as to the remaining Defendant Officers.

- Defendant Officers' Motion to Dismiss is **GRANTED** as to Destiny's negligent infliction of emotional distress claim under a bystander theory.
- Plaintiffs' survival action claim and wrongful death claim pursuant to Texas Civil Practice and Remedies Code §§ 71.004(1), 71.002-71.021 **REMAIN**.

SIGNED this ___15th___ day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE