IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TANISHA MOORE | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No.  4:23-cv-03048 |
| | § | |
| OFFICER HUDECK, OFFICER JAIME VARGAS, | § | |
| OFFICER MCCREARY, OFFICER HOLLAND, | § | |
| OFFICER HOLLIS, OFFICER VILLA, | § | |
| OFFICE DEXTER, OFFICER SEAY, | § | |
| OFFICER LOPEZ, OFFICER CAMERON | § | |
| OVERSTREET, THE HOUSTON POLICE | § | |
| DEPARTMENT, CITY OF HOUSTON, AND | § | |
| JOHN DO | § | |
|     Defendants. | § | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW, Tanika J. Solomon and Shantelle Jones of the TJ Solomon Law Group, PLLC, attorney of record for Tanisha Moore, by and through the undersigned counsel, pursuant to Local Rule 83.2 of the United States District Court for the Southern District of Texas and hereby respectfully moves this Honorable Court for leave to withdraw as counsel of record in this civil rights action brought. In support of this motion, counsel states as follows:

1. The undersigned attorney currently represents Tanisha Moore in this civil rights action filed pursuant to §1983.

2. Withdrawal as counsel is necessary and appropriate at this time for the following reason(s):

   a. irreconcilable differences between attorney and client;

   b. Counsel is a small firm and continued representation would impose an unreasonable financial burden on the attorney; and

   c. client's consent to withdrawal

3. The undersigned has taken the following steps to notify the client of this motion:

Letter correspondence was sent to the client via email on January 5, 2026, regarding withdrawing as counsel. Client responded the same day that she accepts the withdrawal of counsel but does not want her case dismissed and that she will seek new counsel. A copy of the file except items privileged or subject to the Court's Protection Order was sent via a Dropbox link to the client the same day.

4. The current status of this case is as follows: The parties have engaged in some initial discovery and the current discovery deadline is March 23, 2026. There is a pending Motion for Judgment on the Pleadings on file by Defendants City of Houston and Defendant Officers Hudeck, Vargas, McCreary, Holland, Hollis, Villa, Dexter, Seay, and Lopez as to the Wrongful Death and Survival Claim which has not been ruled on; Trial is set for July 27, 2026.

5. This withdrawal will not cause undue delay in these proceedings or prejudice to any party.

6. Pursuant to Federal Rule of Civil Procedure 83, this Court has authority to regulate the conduct of attorneys practicing before it, including matters related to withdrawal of representation. USCS Fed Rules Civ Proc R 83.

7. The undersigned's withdrawal is permissible under the applicable rules of professional conduct.

8. The Fifth Circuit's local rules provide specific procedures for attorney withdrawal that the undersigned has followed in filing this motion. USCS Ct App 5th Cir, FRAP 46.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter an Order:

1.      Granting leave for Tanika J. Solomon and Shantelle Jones of the TJ Solomon Law Group to withdraw as counsel of record for Tanisha Moore;

2. Directing the Clerk to terminate all further notices to undersigned counsel in this matter;

3. Providing Tanisha Moore with reasonable time to secure substitute counsel, if desired; and

4. Granting such other and further relief as this Court deems just and proper.

Respectfully Submitted:

TJ SOLOMON LAW GROUP, PLLC

Tanika J. Solomon
Texas Bar No. 24055713
Shantelle Jones
Texas Bar No. 24136932
2120 Welch Street
Houston, Texas 77019
Tel. (713) 640-5956
Fax. (713) 640-5944
Email: attorney@tjsololaw.com
        shantelle@tjsololaw.com
Attorney for Tanisha Moore

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed the foregoing Motion to Withdraw as Attorney of Record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I have served a copy of this motion upon my client, Tanisha Moore, via e-mail and regular mail at the following address:

Tanisha Moore
5627 Greylog Drive
Houston, TX 77048
Email: tan.cobbs@gmail.com


Tanika J. Solomon
Attorney for Tanisha Moore