# EXHIBIT A

THE STATE OF TEXAS
VS.
**DEXTER CEASAR**
**5627 GREYLOG DR**
**HOUSTON TX 77048**

**03007332**

SPN: 03007332
DOB: **B M** ▮▮▮▮▮▮
DATE PREPARED: **04/07/2022**

D.A. LOG NUMBER: 2826754
CJIS TRACKING NO.:
AGENCY: **HPD**
O/R NO: **045091022**
ARREST DATE: **TO BE**

NCIC CODE: **1301 19**

RELATED CASES: **SD- 1 MISD & 1 FEL**

FELONY CHARGE: **Aggravated Assault**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1765886**
**182**

COURT ORDERED BAIL: **X-Refer to (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DEXTER CEASAR**, hereafter styled the Defendant, heretofore on or about **April 6, 2022**, did then and there unlawfully, intentionally and knowingly threaten Samantha German with imminent bodily injury by using and exhibiting a deadly weapon, namely, a firearm.

Probable Cause

Affiant, Cody Welch, is a credible and reliable certified Peace Officer employed by the Houston Police Department. Affiant swears that he has reason to believe and does believe that on or about April 6th, 2022, Dexter Ceasar, a black male born on January 3, 2002 and identified using the mugshot affiliated with Harris County SPN number 3007332, hereinafter known as Defendant, did commit the felony offense of Aggravated Assault - Deadly Weapon and Violation of Bond Conditions in Harris County, Texas. Affiant bases his beliefs on the following:

On April 6, 2022, Affiant and partner Officer C. Stivers, were dispatched to a shooting at 1718 Bringhurst at 0826 hours. This location is situated in Houston, Harris County, Texas.

We arrived on scene at 0827 hours with our BWC and dash camera activated. We met with Complainant Samantha German, who advised that she resides at the above location. Complainant reported that earlier that day, an individual she knows by name, sight and voice as Dexter Ceaser, the defendant, came to her residence looking for his ex-girlfriend. Complainant said that she told the defendant that his ex, identified as Aislyn Escalante, was not at this location.

Complainant said that she told the defendant to leave. At this point, Complainant said that the defendant pulled out a pistol and began shooting at the complainant's residence. Complainant said that when the defendant began shooting, she went to her two year old daughter's room and took her into another room. From there, the complainant called the police and defendant fled the scene. All totaled, the defendant fired 15 rounds at the residence where the complainant and her daughter were, costing about $5,000 in damage. Complainant reported that she was afraid for her life and the life of her two year old child, identified as C.B.

Further investigation revealed at the home directly east of the original location, 1709 Capron, sustained damage from gun fire as well. A bullet entered the west wall of the home, merely 2 feet from the resident's bedroom window. Two individuals were inside the home at the time of the gunfire.

Using the information provided by the complainant, Affiant was able to locate a mugshot photograph affiliated with Harris County SPN number 3007332. Affiant showed this photograph to the complainant. The complainant was able to positively identify the individual depicted in that photograph to be someone she knows by name, sight and voice as Dexter Ceasar, a black male born on ▮▮▮▮▮▮ the defendant and the man that threatened her with a firearm on April 6, 2022 in Harris County, Texas.

Affiant reviewed the defendant's criminal history. As of this writing, the defendant has been indicted for four felonies in Harris County, Texas. These indictments include one Unauthorized Use of a Motor Vehicle, two Aggravated Assaults with Deadly Weapons, and one Continuous Family Violence charge against the aforementioned Aislyn Escalante. This Continuous Family Violence charge is pending in the 182nd District Court of Harris County, Texas, The cause number is 1721506. The defendant appeared before Judge Danilo Lacayo in that family violence case on June 22, 2021, where Judge Lacayo ordered the defendant to abide by a series of bond conditions. Among those bond conditions were orders forbidding the defendant from having any contact with Aislyn Escalante or from using or possessing a firearm.

D.A. LOG NUMBER: 2826754
**DEFENDANT: DEXTER CEASAR**                      Page 1 of 2

Public: 101323860 - Page 1 of 2 - Do Not Disseminate to the Public; For Official Governmental Use Only

1765886    182

This order was signed by Judge Lacayo and acknowledged by the defendant's signature.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on ___4/7/2022___

*Cody Welch*
AFFIANT

Duly attested by me on __4/7/22__

Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24108863

*C.S.*

Witness (Peace Officer)
**Chase Stivers #2967**

Witness Printed name & Badge or Payroll number

**COMPLAINT**

**FILED**
Marilyn Burgess
District Clerk

APR 0 8 2022

Time:___1:37___
Harris County, Texas

By___
Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 101323860 - Page 2 of 2

D.A. LOG NUMBER: **2826754**
DEFENDANT: **DEXTER CEASAR**

Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 30, 2026

Certified Document Number:        101323860 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**