# EXHIBIT D



**Autopsy Report**

DEFENDANTS_MOORE_000057



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

### Case No. ML22-1820

April 28, 2022

### ON THE BODY OF

Dexter Ceasar

CAUSE OF DEATH:   Gunshot wound of the head

MANNER OF DEATH:   Suicide

DATE OF DEATH:   April 26, 2022

PROSECTOR:   Noah Reilly, D.O.
Forensic Pathology Fellow

_____     __3/10/23__
Roger P. Milton Jr., M.D.                      MMDDYY
Assistant Medical Examiner

1861 Old Spanish Trail, Houston, Texas 77054 | (832) 927-5000 | (832) 927-2869 (F) | ifs.harriscountytx.gov

DEFENDANTS_MOORE_000058

Dexter Ceasar
ML22-1820
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Dexter Ceasar

HISTORY:   This 20-year-old Black male, positively identified by fingerprint comparisons, was pronounced dead approximately 31 hours after arrival to Memorial Hermann Hospital-Texas Medical Center on April 26, 2022 at 9:36 p.m. after sustaining gunshot wounds of the head and right shoulder region.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Forensic Pathology Fellow Noah Reilly, D.O., under the supervision of Assistant Medical Examiner Roger P. Milton Jr., M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 11:30 a.m. on April 28, 2022.

EXTERNAL APPEARANCE:   The body is that of a normally developed, nude Black male. Harris County Institute of Forensic Sciences morgue identification bands encircle the left wrist and left ankle.   A morgue tracking device encircles the left ankle.   Hospital identification bands encircle the right wrist and a hospital identification toe tag is affixed to the right great toe.

The body weighs 130 pounds, is 69 inches in length and appears compatible with the reported age of 20 years.   Breakable rigor mortis is present in the upper and lower extremities.   Fixed purple lividity is posterior.   The body is cold, subsequent to refrigeration.

The scalp hair is curly, dark brown and styled in multiple braids measuring up to up to 4 inches in length.   Facial hair consists of a thin mustache and goatee with stubble on the buccal regions.   The irides are brown.   The corneae are clear.   The conjunctivae are pale, without petechial hemorrhages.   The sclerae are white.   The nose is symmetrical.   The nasal skeleton and septum are palpably intact.   The teeth are natural and in good condition.   The oral mucosa and frenula are without injury.   The chest and abdomen are symmetrical.   The musculature of the extremities is symmetrical. Tattoos are on the right and left arms, forearms and the dorsal left hand.   The external genitalia are those of an adult male.   The back and buttocks are symmetrical.

DEFENDANTS_MOORE_000059

Dexter Ceasar
ML22-1820
-3-

EVIDENCE OF MEDICAL INTERVENTION: An endotracheal tube and an orogastric tube protrude from the mouth. Two stapled gunshot wound defects of the head are subsequently described. A gunshot wound of the right shoulder region (subsequently described) is bandaged with gauze. Intravascular catheters are in the bilateral antecubital fossae and the right inguinal region. Intermittent pneumatic compression devices encircle the lower legs. A Foley catheter is in the urethra. Hospital blood samples accompany the body in five tubes with blue, purple, and clear tops.

EVIDENCE OF INJURY:
I. GUNSHOT WOUND OF THE HEAD: A perforating gunshot entrance wound of the posterior left parietal scalp is centered approximately 1-3/16 inches below the top of the head and 1-1/2 inches left of the posterior midline. The wound is stapled. Upon removal of the staples, the ovoid to irregular entrance wound measures 3/8 by 3/16 inch. A thick gray-black scab along the posterior wound margin measures up to 1/8 inch in width with embedded sparse yellow particles, consistent with gunpowder. The skin adjacent to the scab has a curvilinear pink abrasion measuring up to 1/4 inch in width. The anterior wound margin has patchy gray-black scabbing measuring up to 1/16 inch in width and an adjacent pink abrasion measuring up to 1/8 inch in width. There is no evidence of soot or gunpowder stippling on the skin surrounding the entrance wound.

The wound path involves the skin and subcutaneous tissue of the posterior left parietal scalp and the posterior left parietal bone of the skull, creating a transversely oriented 3.5 by 1 centimeter oblong defect with internal beveling and outer table fracturing of its lateral margin, mild external beveling of its medial margin, and inner table fracturing. The wound path continues through the posterior parietal scalp. The posterior right parietal scalp has a 1 by up to 1/4 inch irregular to slightly ovoid gunshot exit wound defect, centered approximately 3/4 inch below the top of the head and 1 inch right of the posterior midline. The exit wound is stapled. Aside from staple artifact, the wound margin has sparse patchy scabbing measuring up to 1/16 inch along the inferior wound margin. The remaining wound margin has patchy abrasion measuring up to 1/8 inch along the lateral margin. The skin overlying the subjacent wound track has a 1-1/2 by 1 inch purple contusion. Associated injuries include subdural hemorrhage of the left convexity and of the left basilar regions, focal cortical contusion with subarachnoid hemorrhage of the superomedial aspects of the right and left occipital lobes of the cerebrum and extensive subscalp hemorrhage.

DEFENDANTS_MOORE_000060

Dexter Ceasar
ML22-1820
-4-

The direction of the wound path is left to right, slightly upward, and slightly front to back.

No bullets or fragments are recovered from the wound track.

II.   ADDITIONAL FIREARM INJURIES:

A.   GUNSHOT WOUND OF THE RIGHT SHOULDER:   A perforating gunshot entrance wound of the anterior right shoulder region is centered 1 inch below the top of the right shoulder and 6 inches right of the anterior midline.   The wound is a 7/8 inch in diameter circular to slightly irregular defect.   There is no evidence of soot deposition or gunpowder stippling on the skin surrounding the entrance wound.   The medial wound margin has eccentric 1/8 inch abrasion.   The wound margin is otherwise slightly irregular with tears measuring up to 1/8 inch.

The wound path involves the skin, subcutaneous tissue and musculature of the right shoulder region.   A gunshot exit wound of the proximal lateral right shoulder region is centered 1-1/2 inches below the top of the right shoulder.   The exit wound consists of a 5/8 by up to 3/8 inch ovoid to slightly irregular defect.   The wound margin has patchy tears measuring up to 1/8 inch.   A curvilinear 3/8 by 1/8 inch defect is located 1/8 inch from the posterior wound margin.   The lateral right shoulder region has patchy to confluent red-purple contusion measuring 3 by 3 inches.

The direction of the wound path is front to back, left to right and downward.

A gray metallic fragment is recovered from the wound track, photographed, placed in a labeled envelope and submitted as evidence.

B.   BULLET FRAGMENT/SECONDARY PROJECTILE INJURIES:   The body has numerous superficial penetrating injuries in various stages of healing predominantly concentrated on the left side of the face, anterior neck, upper chest, and right upper extremity.   The left side of the face, including the left ear pinna has a 5 by 4-1/2 inch cluster of superficial penetrating injuries measuring 1/16 inch to 1/4 inch.   The upper chest, anterior right shoulder region, and anterior neck have a 12 by 7 inch cluster of superficial and shallow penetrating injuries measuring 1/16 inch to 3/8 by 3/16 inch with patchy associated contusions measuring up to 3/4 by 1/2 inch.   Some injuries have left sided

DEFENDANTS_MOORE_000061

Dexter Ceasar
ML22-1820
-5-

marginal abrasions measuring up to 1/8 inch. The right upper extremity has multiple punctate to 1/4 inch superficial penetrating injuries measuring 18 by 3 inches in cluster involving the arm, forearm, wrist, and hand. The lateral left shoulder region has patchy punctate to 1/8 inch scabbing injuries. The lateral left arm has sparse punctate to 1/16 inch scabbing superficial injuries. The dorsal left hand has sparse punctate to 1/8 inch scabbing superficial injuries. The dorsolateral left second finger has linear shallow penetrating defects measuring 1/8 inch and 1/4 inch. The superior left side of the back has a 1/4 by 1/16 inch shallow penetrating defect. The inferior left side of the back and the medial right side of the back have multiple punctate to 1/2 by up to 1/16 inch scabbing superficial injuries with associated patchy to confluent purple ecchymosis.

III. ADDITIONAL INJURIES: The superior right side of the back has a 2-1/2 by 2 inch cluster of confluent horizontal linear scabs and a healing superficial cutting wound measuring 1/4 inch and a vertical 3/16 inch healing superficial cutting wound. Two parallel linear scabs measuring 3 by 1/16 inch are on the right side of the back. A 1 by up to 3/8 inch healing abrasion is on the right side of the back. A 1 by up to 3/4 inch cluster of red-purple ecchymosis is on the right side of the back. The superior central back has a 1 by 1 inch cluster of patterned red-purple contused abrasions. A 2-1/2 by up to 1/4 inch interrupted red-purple contusion is on the upper left side of the back. The superior left buttock has 1-1/4 by up to 3/4 inch red abrasion with associated superficial cutting wounds measuring up to 3/8 inch in length and a 2 by 3 inch cluster of punctate to vertical linear scabs.

INTERNAL EXAMINATION: The abdominal fat layer at the level of the umbilicus measures approximately 1/8 inch in thickness. There are no excess fluids in the thoracic or abdominal cavities. The peritoneal, serosal and pleural surfaces are free of exudation. The internal organs are in their usual locations and have normal anatomic relationships.

HEAD: See EVIDENCE OF INJURY. The dura mater and falx cerebri are intact. The 1440 gram brain is diffusely edematous. The structures at the base of the brain, including cranial nerves and blood vessels, are intact. Aside from previously described injuries, there are no additional intraparenchymal lesions of the cerebrum, cerebellum or brainstem. The basilar skull is free of fractures. The atlanto-occipital articulation is stable.

DEFENDANTS_MOORE_000062

Dexter Ceasar
ML22-1820
-6-

NECK:  See EVIDENCE OF INJURY.   The strap musculature of the anterior aspect of the neck is reflected in a layered fashion and is free of intramuscular hemorrhages.   The hyoid bone, thyroid and cricoid cartilages are intact.   The laryngeal mucosa is tan, without apparent edema. The atlanto-occipital articulation is stable.

CARDIOVASCULAR SYSTEM:   The 320 gram heart has a smooth, glistening epicardial surface with sparse epicardial fat.   The coronary artery system has patent ostia and a right-dominant distribution, without atherosclerosis.   The myocardium is red-brown and firm, without pallor, softening or fibrosis.   The interatrial and interventricular septa are intact, without asymmetrical thickening.   The wall thickness of the left ventricle is 1.3 centimeters, interventricular septum 1.2 centimeters and right ventricle is 0.2 centimeter.   The cardiac chambers have the usual sizes and positional relationships. The endocardial surfaces are smooth and without hemorrhage.   The four cardiac valves are thin, freely mobile, and measure as follows:   Tricuspid valve 10.5 centimeters, pulmonic valve 7 centimeters, mitral valve 8 centimeters, and aortic valve 6 centimeters. The aorta and its major branches arise normally and follow their usual distributions, free of significant atherosclerosis or additional abnormalities.

RESPIRATORY SYSTEM:   The 690 gram right lung and the 540 gram left lung have normal lobation.   The pleural surfaces are smooth and glistening with minimal anthracotic pigment deposition.   The pulmonary parenchyma is edematous and congested, without focal lesions or consolidations.   The bronchi are unremarkable.   The pulmonary vasculature is free of thrombi or emboli.

HEPATOBILIARY SYSTEM:   The 1330 gram liver has a smooth, glistening, intact capsule covering a red-brown parenchyma with no visible or palpable fibrosis.   The gallbladder contains 15 milliliters of green-brown mucoid bile, without gallstones.   The gallbladder mucosa is velvety and unremarkable.

DIGESTIVE SYSTEM:   The esophageal mucosa is gray-white and smooth.   The tan gastric mucosa exhibits the usual rugal folds and the lumen contains 20 milliliters of green, watery fluid with no granular material or intact pills.   The small intestine, colon, and appendix are unremarkable.   The pancreas has a pink-tan lobulated parenchyma, without apparent fibrosis.

DEFENDANTS_MOORE_000063

Dexter Ceasar
ML22-1820
-7-

GENITOURINARY SYSTEM:  The right and left kidneys each weigh 150 grams.  The renal capsules are smooth, thin, and semitransparent.  The underlying cortical surfaces are smooth and tan-red.  The cortices are well demarcated from the unremarkable medullary pyramids.  The calyces, pelves, and ureters are unremarkable.  The urinary bladder contains 12 milliliters of clear yellow urine.  The urinary bladder mucosa is pink-white and unremarkable.  The testes, prostate gland, and seminal vesicles are unremarkable.

RETICULOENDOTHELIAL SYSTEM:  The 140 gram spleen has a smooth, intact capsule covering a dark red-purple, moderately firm parenchyma.  The white pulp is grossly unremarkable.  The regional lymph nodes are not enlarged.

ENDOCRINE SYSTEM:  The thyroid gland has a normal shape and size with unremarkable red-brown parenchyma.  The adrenal cortices are golden-yellow and uniformly thin. The medullae are thin and gray.

MUSCULOSKELETAL SYSTEM:  See EVIDENCE OF INJURY.  The clavicles, sternum, ribs and pelvis have no acute fractures.  The musculature is normally distributed.  The diaphragm is intact.

TOXICOLOGY:  Blood (including hospital blood samples), vitreous humor, and urine are submitted.

EVIDENCE:  A projectile fragment recovered from the right shoulder, a DNA bloodstain card, and fingernail scrapings and clippings are submitted.

RADIOGRAPHS:  Full body radiographs are performed.

HISTOLOGY:  Portions of tissues are retained in formalin and representative sections of the following are submitted:  Cassette A - Heart; B - Right lung; C - Left lung; D - Liver and kidney; E - Brain.

DEFENDANTS_MOORE_000064

Dexter Ceasar
ML22-1820
-8-

## PATHOLOGICAL FINDINGS

I.  Gunshot wound of the head
    A. Perforating gunshot wound of the head
        1. Entrance: Posterior left parietal scalp with gunpowder particles embedded in the wound margin (consistent with near/loose contact injury)
        2. Injury to the skull and the superomedial left and right occipital lobes of the cerebrum (contusion and subarachnoid hemorrhage) with left subdural hemorrhage and cerebral edema
        3. Exit: Posterior right parietal scalp (no projectiles recovered)
        4. Direction of the wound path: Left to right, slightly upward, and slightly front to back
        5. Delayed death (approximately 31 hours)
II. Additional firearm injuries
    A. Perforating gunshot wound of the right shoulder region
        1. Entrance: Anterior right shoulder (no soot or gunpowder stippling on the surrounding skin)
        2. Injury to soft tissue
        3. Exit: Proximal lateral right shoulder region
        4. Direction of the wound path: Left to right, front to back, and downward
        5. Recovery: Gray metallic fragment recovered from the wound track
    B. Bullet fragment/secondary projectile injuries
        1. Superficial fragment type injuries of the face, neck, chest, back, and upper extremities
III. Additional injuries
    A. Sparse contusions, abrasions, superficial cutting wounds and scabbing injuries of the back and left buttock

**DEFENDANTS_MOORE_000065**



| Harris County Institute of Forensic Sciences | | |
|---|---|---|
| Case Number: 22 - 1820 | Page: 1 of 2 | |
| Decedent's Name: Dexter Crosson | Length: 69 | Weight: 130 |
| Examiner: R.Mfll 9KO / N. Reilly | Date: 4/28/22 | Time: 11:3 |

contusions · s. cutting wound
cont / abrasions

GSW

Fragment injuries

Fragment injuries

abrasion
contusion
healing s. cutting wounds
(GSW) Exit

abrasion
· s cutting wounds
- scabs

Fragment injuries

Fragment injuries

| Section:  Pathology | Authorized by:  Deputy Chief Medical Examiner |
|---|---|
| Form Title:  Autopsy Diagram – Adult Male, Front/ Back | Form No.:  PAT-1 |
| Rev.:  1 | Rev. date:  1/23/23 |

**DEFENDANTS_MOORE_000066**



| Harris County Institute of Forensic Sciences | | | |
|---|---|---|---|
| Case Number: 22 - 1820 | Decedent's Name: Dayton Crasan | | |
| Examiner: RAHL gM / d. Rall | Date: 4/28/22 | Page: 2 of 2 | |

GSW/Exit

GSW ENTran

Fragment injuries

| Section: Pathology | Authorized by: Deputy Chief Medical Examiner |
|---|---|
| Form Title: Autopsy Diagram – Head, A-P & lateral | Form No.: PAT-5 |
| Rev : 1 | Rev date: 1/23/23 |

DEFENDANTS_MOORE_000067

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005   FAX: 832-927-2876

INSTITUTE OF FORENSIC SCIENCES

## TOXICOLOGY REPORT

MAY 1 1 REC'D

May 11, 2022

RECEIVED
RECORDS CUSTODIAN   W

**LABORATORY NUMBER: ML22-1820**

**SERVICE REQUEST: 0001**

**Deceased: DEXTER  CEASAR**

**Submitted By:**

**Submission Date: April 28, 2022**

Noah Reilly, D.O.
Forensic Pathology Fellow
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

## RESULTS:

### 001-B - Blood (04/25/22@1131)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Ethanol | None Detected | Headspace GC/FID | G. Behnke |
| Acetone | None Detected | Headspace GC/FID | G. Behnke |
| Isopropanol | None Detected | Headspace GC/FID | G. Behnke |
| Methanol | None Detected | Headspace GC/FID | G. Behnke |

### 001-D - Serum (04/25/22@1131)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Benzoylecgonine | None Detected | Immunoassay - ELISA | A. Griffin |
| Amphetamine / MDA | None Detected | Immunoassay - ELISA | A. Griffin |
| Methamphetamine / MDMA | None Detected | Immunoassay - ELISA | A. Griffin |
| Phencyclidine | None Detected | Immunoassay - ELISA | A. Griffin |

Only those items listed in the results section were tested.

**Evidence Disposition:** All items will be retained by the laboratory for at least one year following the issuance of an original Toxicology Report.

Patricia Small, B.S., MT(ASCP), D-ABFT-FT
Case Reviewer
Toxicologist 2
May 11, 2022

Anna Kelly, Ph.D., F-ABFT
Expert Reviewer
Asst. Dir. Forensic Toxicology
May 11, 2022

Medical Examiner's Initials and Date ___ NR 5/11/22 /RR

All testing is accredited by the Texas Forensic Science Commission and by the laboratory's ISO/IEC 17025 and American
Board of Forensic Toxicology accreditation issued by the ANSI National Accreditation Board.
Refer to certificate and scope of accreditation FT-0076.

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx

Page 1 of 1

HCIFSToxAll PCReq v2022 03-08

DEFENDANTS_MOORE_000068