United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TANISHA MOORE and DESTINY CEASAR, | § | |
| | § | |
| *Plaintiffs,* | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-3048 |
| | § | |
| CITY OF HOUSTON, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-referenced proceeding are Defendants City of Houston and Defendant Officers Hudeck, Vargas, McCreary, Holland, Hollis, Villa, Dexter, Seay, and Lopez (collectively, "Defendants" excluding Officer Cameron Overstreet) Motion for Judgment on the Pleadings (Doc. No. 58), and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 71) that the Court grant Defendants' Motion for Judgment on the Pleadings. The parties did not file objections to the Memorandum and Recommendation, and the time to do so has since passed.

Upon review, the Court agrees with Magistrate Judge Bennett's conclusions. Accordingly, it is hereby **ORDERED** that the Memorandum and Recommendation (Doc. No. 71) is **ADOPTED**. It is further **ORDERED** as follows:

- Defendants' Motion for Judgment on the Pleadings (Doc. No. 58) is **GRANTED**.

- Plaintiffs' Texas wrongful death and survival claims against the City of Houston are **DISMISSED** with prejudice.

- Plaintiffs' Texas wrongful death and survival claims against Defendant Officers Vargas, Lopez, Hudeck, McCreary, Holland, Hollis, Villa, Dexter, and Seay are **DISMISSED** with prejudice.

As such, the only remaining claims in this case are the Fourth Amendment excessive force and wrongful death claims under § 1983 against Defendant Officer Overstreet.

Signed on this the 3rd day of June, 2026.

Andrew S. Hanen
United States District Judge

2