**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TANISHA MOORE and DESTINY CEASAR, | § | |
| | § | |
| *Plaintiffs,* | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-3048 |
| | § | |
| CITY OF HOUSTON, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-referenced proceeding are Defendant Officers Cameron Overstreet, Jaime Vargas, Jesse Seay, Daryl Hudeck, Sean McCreary, Erik Holland, Brandon Hollis, Tony Villa, Charles Dexter, Marco Lopez (collectively, "Defendant Officers"), and the City of Houston's Motion for Summary Judgment (Doc. No. 68), and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 72) that the Court grant Defendants' Motion for Summary Judgment. The parties did not file objections to the Memorandum and Recommendation, and the time to do so has since passed.

Upon review, the Court agrees with Magistrate Judge Bennett's conclusions. Accordingly, it is hereby **ORDERED** that the Memorandum and Recommendation (Doc. No. 72) is **ADOPTED**. It is further **ORDERED** as follows:

- Defendants' Motion for Summary Judgment (Doc. No. 68) is **GRANTED**.

- Plaintiffs' Fourth Amendment excessive force claim against Defendant Cameron Overstreet is **DISMISSED** with prejudice.

- Plaintiffs' § 1983 wrongful death claim against Defendant Cameron Overstreet is **DISMISSED** with prejudice.

- Plaintiffs' claims against the unidentified John Doe defendant(s) are **DISMISSED** with prejudice.

As such, all remaining claims in this action have been resolved, and this case is **DISMISSED** with prejudice.

Final judgment will enter separately.

Signed on this the ___3ʳᵈ___ day of June, 2026.

_____
Andrew S. Hanen
United States District Judge