United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TANISHA MOORE and DESTINY CEASAR, | § | |
| | § | |
| *Plaintiffs*, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-3048 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs take nothing on their claims, and that the above-styled case is **DISMISSED** with prejudice.

All relief not expressly granted herein is **DENIED**, making this a **FINAL JUDGMENT** for all purposes.

Signed on this the __3rd__ day of June, 2026.

Andrew S. Hanen
United States District Judge